**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Nicholas James Edeline | : | Chapter 13 |
| | : | Case No.: 21-12701-AMC |
| Debtor | : | |

## **O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

BY THE COURT:

Dated:_____

**Date: January 30, 2025**

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE