**Fill in this information to identify the case:**

Debtor 1 **NICHOLAS JAMES EDELINE**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the: **Eastern District of Pennsylvania**
(State)

Case Number **21-12701-DJB**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 2 3 5 7

**Property Address:** 4600 HIGBEE ST
Number Street

Philadelphia PA 19135
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 26,593.59 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 26,593.59 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 1,249.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 27,842.59 |

**Part 4: Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ -0-

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ -0-

**Part 6: A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✘ /s/ Kenneth E. West — Date 10/14/2026
Signature

Trustee: Kenneth E. West
First Name / Middle Name / Last Name

Address: 190 N. Independence Mall West, Suite 701
Number / Street

Philadelphia — PA — 19106
City / State / ZIP Code

Contact phone (215) 627-1377 — Email info@ph13trustee.com

Debtor 1 **NICHOLAS JAMES EDELINE** Case Number **21-12701-DJB** Page 1
Name

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/11/2022 | 3009782 | Disbursement To Creditor/Principal | 785.27 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/09/2022 | 3011033 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/12/2022 | 3012305 | Disbursement To Creditor/Principal | 502.36 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/16/2022 | 3013625 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/08/2022 | 3014820 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 10/11/2022 | 3015963 | Disbursement To Creditor/Principal | 502.36 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/15/2022 | 3017222 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/07/2022 | 3013625 | Cancelled Check To Creditor/Principal | -502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/13/2022 | 3018528 | Disbursement To Creditor/Principal | 1,004.71 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/05/2023 | 3014820 | Cancelled Check To Creditor/Principal | -502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/10/2023 | 3019754 | Disbursement To Creditor/Principal | 1,004.70 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/03/2023 | 3015963 | Cancelled Check To Creditor/Principal | -502.36 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/08/2023 | 3020945 | Disbursement To Creditor/Principal | 1,004.72 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 03/09/2023 | 3022179 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 04/10/2023 | 3018528 | Cancelled Check To Creditor/Principal | -1,004.71 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 04/12/2023 | 3023444 | Disbursement To Creditor/Principal | 1,507.07 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/09/2023 | 3024712 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/13/2023 | 3026542 | Disbursement To Creditor/Principal | 502.35 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/13/2023 | 3027669 | Disbursement To Creditor/Principal | 502.36 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/15/2023 | 3028835 | Disbursement To Creditor/Principal | 463.29 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/18/2023 | 3030010 | Disbursement To Creditor/Principal | 463.29 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 10/10/2023 | 3030896 | Disbursement To Creditor/Principal | 463.30 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/09/2023 | 3031333 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/21/2023 | 4000246 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/16/2024 | 4001098 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/12/2024 | 4002013 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 03/12/2024 | 4002936 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 04/10/2024 | 4003855 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/13/2024 | 4004763 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/14/2024 | 4005687 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/17/2024 | 4006644 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/14/2024 | 4007580 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/11/2024 | 4008424 | Disbursement To Creditor/Principal | 453.22 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 10/16/2024 | 4009285 | Disbursement To Creditor/Principal | 497.65 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/13/2024 | 4010211 | Disbursement To Creditor/Principal | 503.18 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/11/2024 | 4011054 | Disbursement To Creditor/Principal | 503.18 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/14/2025 | 4015366 | Disbursement To Creditor/Principal | 42.58 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/11/2025 | 4016230 | Disbursement To Creditor/Principal | 452.02 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 07/16/2025 | 4017042 | Disbursement To Creditor/Principal | 452.03 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 08/13/2025 | 4017903 | Disbursement To Creditor/Principal | 452.02 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 09/10/2025 | 4018740 | Disbursement To Creditor/Principal | 452.03 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 10/15/2025 | 4019585 | Disbursement To Creditor/Principal | 1,407.72 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 11/19/2025 | 4020482 | Disbursement To Creditor/Principal | 761.98 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 12/10/2025 | 4021381 | Disbursement To Creditor/Principal | 661.08 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 01/14/2026 | 4022137 | Disbursement To Creditor/Principal | 600.54 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 02/11/2026 | 4023034 | Disbursement To Creditor/Principal | 600.54 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 03/18/2026 | 4023891 | Disbursement To Creditor/Principal | 600.54 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 04/15/2026 | 4024805 | Disbursement To Creditor/Principal | 1,360.10 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 05/13/2026 | 4025684 | Disbursement To Creditor/Principal | 600.55 |
| 2 | FREEDOM MORTGAGE CORI | Secured Arrears Mortgage | 06/17/2026 | 4026580 | Disbursement To Creditor/Principal | 600.54 |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 07/15/2026 | 4027500 | Disbursement To Creditor/Principal | 600.55 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 08/19/2026 | 4028375 | Disbursement To Creditor/Principal | 600.55 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 09/16/2026 | 4029286 | Disbursement To Creditor/Principal | 600.55 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Mortgage | 10/14/2026 | 0000000 | Disbursement To Creditor/Principal | 50.13 |
| | | | | | Total for Claim Number 2: | 26,593.59 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **26,593.59** |

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 06/11/2025 | 4016230 | Disbursement To Creditor/Principal | 56.69 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 07/16/2025 | 4017042 | Disbursement To Creditor/Principal | 51.82 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4017903 | Disbursement To Creditor/Principal | 51.81 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018740 | Disbursement To Creditor/Principal | 51.82 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019585 | Disbursement To Creditor/Principal | 161.37 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020482 | Disbursement To Creditor/Principal | 87.34 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 12/10/2025 | 4021381 | Disbursement To Creditor/Principal | 75.78 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 01/14/2026 | 4022137 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023034 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 03/18/2026 | 4023891 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 04/15/2026 | 4024805 | Disbursement To Creditor/Principal | 155.91 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 05/13/2026 | 4025684 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 06/17/2026 | 4026580 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 07/15/2026 | 4027500 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 08/19/2026 | 4028375 | Disbursement To Creditor/Principal | 68.84 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 09/16/2026 | 4029286 | Disbursement To Creditor/Principal | 68.83 |
| 2 | FREEDOM MORTGAGE CORF | Secured Arrears Order On Stip Post-Pet | 10/14/2026 | 0000000 | Disbursement To Creditor/Principal | 5.75 |
| | | | | | Total for Claim Number 2: | 1,249.00 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **1,249.00** |